ANNE PERZANOWSKI *v.* ANN JUST
(12478)

O'CONNELL, HEIMAN and SCHALLER, Js.

Argued November 5—decision released November 30, 1993

*Theodore J. Wurz,* with whom, on the brief, was *Mary-Lynn Krusz,* for the appellant (plaintiff).

*Robert B. Levine,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.